**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No.  18-29804 |
| Imadeddin M Abdin ) | Chapter 13 |
| Hiyam S Abdin ) | Judge:  Janet S. Baer |
| Debtors ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Imadeddin M Abdin
Hiyam S Abdin
2770 Lehman Dr.
West Chicago, IL  60185

SULAIMAN LAW GROUP
2500 S HIGHLAND AVE #200
LOMBARD, IL  60148

Please take notice that on March 01, 2019 at 10:00 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer, at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on February 22, 2019.

/s/   Jenn Karmia
FOR: Glenn Stearns, Chapter 13 Trustee

---

**MOTION TO DISMISS FOR UNREASONABLE DELAY**

   Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtors filed a petition under Chapter 13 on Tuesday, October 23, 2018.
2. The Debtors have failed to:
   a. File an amended plan.
   b. Provide a CMA for real estate.
3. As a result, the Debtors have failed to comply with the Bankruptcy Code and have caused an unreasonable delay that is prejudicial to creditors.

   WHEREFORE,  the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

/s/   Carolyn Suzzi
FOR: Glenn Stearns, Chapter 13 Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350