Form cxdsch23

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Imadeddin Musa Abdin
2770 Lehman Dr.
West Chicago, IL 60185
SSN: xxx−xx−5666  EIN: N.A.

Hiyam Sabah Abdin
2770 Lehman Dr.
West Chicago, IL 60185
SSN: xxx−xx−0054  EIN: N.A.

Case No. : 18−29804
Chapter : 13
Judge : Janet S. Baer

---

## NOTICE OF CHAPTER 12 OR 13 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☐ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☑ Debtor has not certified that all domestic support obligations due have been paid.

FOR THE COURT

Dated: October 20, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court