Form cxdsch23

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Imadeddin Musa Abdin
2770 Lehman Dr.
West Chicago, IL 60185
SSN: xxx−xx−5666 EIN: N.A.

Case No. : 18−29804
Chapter : 13
Judge : Janet S. Baer

Hiyam Sabah Abdin
2770 Lehman Dr.
West Chicago, IL 60185
SSN: xxx−xx−0054 EIN: N.A.

---

**NOTICE OF CHAPTER 12 OR 13 CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☐ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☑ Debtor has not certified that all domestic support obligations due have been paid.

FOR THE COURT

Dated: October 20, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

Certificate of Notice  Page 2 of 4

United States Bankruptcy Court

Northern District of Illinois

In re:  
Imadeddin Musa Abdin  
Hiyam Sabah Abdin  
    Debtors

Case No. 18-29804-JSB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 20, 2023      Form ID: cxdsch23      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Imadeddin Musa Abdin, Hiyam Sabah Abdin, 2770 Lehman Dr., West Chicago, IL 60185-6173 |
| 27414943 | + | GUIDANCE RESIDENTIAL, LLC, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301-7441 |
| 27190080 | + | Guidance Residential LLC, Po Box 21948, Eagan, MN 55121-0948 |
| 27190081 | + | Guidance Residential, LLC, 4801 Frederica St., Owensboro, KY 42301-7441 |
| 27345305 | ++ | VON MAUR INC, 6565 BRADY STREET, DAVENPORT IA 52806-2054 address filed with court:, VON MAUR INC, 6565 N BRADY ST, DAVENPORT, IA 52806 |
| 27190094 | + | Von Maur, Attn: Bankruptcy, 727 Veterans Memorial Pkwy, Davenport, IA 52806-7604 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27270553 | | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2023 23:00:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 29428444 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 20 2023 23:14:02 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 27190066 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2023 23:00:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 27190067 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2023 23:00:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 27190068 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 20 2023 23:02:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 27190069 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 20 2023 23:02:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 27190070 | + | Email/Text: bk@blittandgaines.com | Oct 20 2023 23:02:00 | Blitt & Gaines PC, 661 Glenn Ave., Wheeling, IL 60090-6017 |
| 27190071 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 23:13:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27190072 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 22:58:32 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 27380456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 23:14:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 27372394 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 23:14:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 27190074 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 23:49:59 | Citibank/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: cxdsch23 | Total Noticed: 45 |

| Recipient | Notice Method | Time | Address |
|---|---|---|---|
| 27190073 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 23:14:21 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 27190075 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2023 23:02:00 | Comenity Bank/Carsons, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 27190076 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2023 23:02:00 | Comenity Bank/Carsons, Po Box 182789, Columbus, OH 43218-2789 |
| 27190077 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 23:24:56 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 27190078 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 22:59:09 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 27190079 | + Email/Text: egssupportservices@alorica.com | Oct 20 2023 23:03:00 | EGS Financial Care, Inc, 4740 Baxter Rd., Virginia Beach, VA 23462-4402 |
| 27190083 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2023 23:00:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 27190082 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2023 23:00:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 27366180 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 23:13:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 27297039 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 22:58:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 27398455 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 23:02:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 27190085 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 22:58:35 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 27190084 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 22:58:30 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 27190086 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 23:02:00 | Midland Credit Management, Inc., Po Box 13105, Roanoke, VA 24031-3105 |
| 27190088 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 23:38:08 | Portfolio Recovery, 120 Corporate Blvd. Ste. 1, Norfolk, VA 23502 |
| 27407287 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 23:13:46 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 27384042 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 23:14:20 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 27416733 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 23:14:32 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 27416700 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 23:14:31 | Portfolio Recovery Associates, LLC, c/o Frontier, POB 41067, Norfolk VA 23541 |
| 27389644 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 23:25:06 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 27394309 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 22:58:35 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 27190087 | + Email/PDF: rmscedi@recoverycorp.com | Oct 20 2023 23:38:09 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 27190089 | + Email/Text: ngisupport@radiusgs.com | Oct 20 2023 23:01:00 | Radius Global Solutions, Po Box 390905, Minneapolis, MN 55439-0905 |
| 27190091 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 22:58:30 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |

| Recip ID | | | | |
|---|---|---|---|---|
| 27190090 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Oct 20 2023 23:14:21 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 27190093 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Oct 20 2023 22:58:16 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 27190092 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Oct 20 2023 23:14:37 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27270915 | * | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 29428469 | *+ | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Glenn B Stearns | stearns_g@lisle13.com |
| Joel P Fonferko | on behalf of Creditor Guidance Residential LLC bkpleadingsNORTHERN@il.cslegal.com |
| Mohammed O Badwan | on behalf of Debtor 1 Imadeddin Musa Abdin mbadwan@sulaimanlaw.com mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;Sulaiman.igotnotices@gmail.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.c |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Peter C Bastianen | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkpleadingsNORTHERN@il.cslegal.com |

TOTAL: 5